**Philip Eugene ROBERTS, Appellant,**

v.

**UNITED STATES OF AMERICA,
Appellee.**

No. 00–1121.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 5, 2001.

Before MCMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Philip Eugene Roberts appeals the district court's dismissal of Roberts's mandamus petition seeking declaratory and injunctive relief against the Internal Revenue Service. Having carefully reviewed the record and the parties' submissions, we conclude the action was properly dismissed for lack of subject matter jurisdiction. *See* 26 U.S.C. § 7421(a) (except as provided, no suit for purpose of restraining assessment or collection of any tax shall be maintained in any court); 28 U.S.C. § 2201(a) (declaratory judgment not available for cases involving federal taxes); *Warren v. United States*, 874 F.2d 280, 281–82 (5th Cir.1989) (5 U.S.C. § 702 did not waive sovereign immunity where taxpayers sought declaratory relief related to penalty-of-perjury clause on tax return). Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.